Daniel O'NEILL

v.

**MAINE UNEMPLOYMENT INSUR-ANCE COMMISSION.**

Supreme Judicial Court of Maine.

Submitted on Briefs Sept. 9, 1987.

Decided Oct. 7, 1987.

Alan M. Harris, Bornstein & Hovermale, Portland, for plaintiff.

James E. Tierney, Atty. Gen., Pamela W. Waite, Asst. Atty. Gen., Augusta, for defendant.

Before McKUSICK, C.J., NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Daniel O'Neill appeals from a judgment of the Superior Court, Cumberland County, affirming a decision of the Maine Unemployment Insurance Commission denying him benefits because he was suspended for misconduct connected with his work. 26 M.R.S.A. § 1193(2)(A) (Pamph.1986). O'Neill contends that his suspension from employment after loss of his driving license as a result of an OUI conviction is not a sufficient basis for his disqualification. We conclude that O'Neill's appeal is controlled by our decision in *Look v. Maine Unemployment Ins. Comm'n,* 502 A.2d 1033 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.